UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
LINDA SLADE,                                                         :
:
:
                        Plaintiff,                                   :
:                          20-CV-9451 (JMF)
          -v-                                                        :
:                              ORDER
:
TOPHATTER, INC.,                                                     :
                        Defendant.                                   :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated November 13, 2020, the parties were required to file a joint letter, the contents of which are described in the Order, no later than two weeks after Defendant appeared in the case.  ECF No. 5.  Defendant entered a notice of appearance on December 9, 2020.  ECF No. 6.  To date, the parties have not filed the required joint letter.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 11, 2021**.

      SO ORDERED.

Dated: January 4, 2021
      New York, New York
                                        JESSE M. FURMAN
                                        United States District Judge